IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

DORIS JUDITH RAMOS RAMOS

DEBTOR(S)

CASE NO. 26-01184-MAG

CHAPTER 13

****AMENDED DOCUMENT****

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 3

2. The liquidation value of the estate is :$ To be determined

3. The general unsecured pool is :$ 0.00

---

AMENDED PLAN DATE: September 09, 2026 PLAN BASE: $11,520.00

---

TRUSTEE'S REPORT ON CONFIRMATION DATED: 11/16/2026

[ ] FAVORABLE [X] UNFAVORABLE

**1. [X] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):**

**- Debtor provided a copy of donation deed Num. 69, date August 9, 2023, with a value of $90,000.00, regarding to property at Calle Juaquin Martinez de Andino, Adjuntas, PR 00601, in which debtor donates to daughter Judith Ismarie Linares Ramos her residential property. The transaction was made without payment, and debtor and non-filing spouse still live the property. Donation was executed less than 3 years ago. - Debtor provided a copy of donation deed Num. 72, date August 9, 2023, with a value of $146,666.66, regarding commercial property, that was donated to second daughter Keila Margarita del Pilar Linares Ramos, approximately less than 3 years ago. - Trustee has determined, that to avoid any action pursuant to 11 USC 548, the trustee will require the debtor, and both of her daughters to sign a tolling agreement regarding the abovementioned transfers, that were executed 3 years prior filing the voluntary petition. - Debtor is required to include in the Liquidation value of the case the value of the properties that were transferred, and is required to pay 100% plus interest to all general unsecured creditors in this case. - On November 13, 2026, debtor, trustee and debtor's daughters filed tolling agreements regarding donation of properties to each one of the daughters within 3 years prior to petition, which are pending adjudication. See, dkts. 36 and 37. The amended plan at docket 31 is not sufficient to pay 100% of all claims plus legal interest.**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Ana Deseda-Belaval
Ana Deseda-Belaval
USDC #307710

Atty: PETER A SANTIAGO

**OSMARIE NAVARRO MARTINEZ**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - EN